# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br><br>THOMAS GASKINS<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br>**JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:10-CV-22-D** |

**Decision by the Court:**

　　　IT IS ORDERED AND ADJUDGED that judgment is hereby entered against the defendant Thomas Gaskins in the amount of $79,379.00, plus post-judgment interest at the rate of .29%, and future costs.

　　　**THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**JULY 2, 2010**</u> WITH A COPY TO:


Neal Fowler (via CM/ECF Notice of Electronic Filing)

Ernest C. Richardson , IV (via CM/ECF Notice of Electronic Filing)




<u>July 2, 2010</u>　　　　　　　　　　　　　　　　DENNIS P. IAVARONE, Clerk
Date　　　　　　　　　　　　　　　　　　　　　Eastern District of North Carolina
　　　　　　　　　　　　　　　　　　　　　　　<u>/s/ Debby Sawyer　　　　　　　</u>
　　　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk
<u>　　　　　</u>
Raleigh, North Carolina